# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130098(60)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 130098
                                     COA: 256122
                                     Wayne CC: 04-000837-01

CORTEZ SHISLER,
         Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of April 28, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

                                      Clerk

d0724